**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CHARLES MUHLENHAUPT**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **CHARLES MUHLENHAUPT,** | No.    2:19-cv-01502-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to March 27, 2020.

This is a first extension. Plaintiff's attorney entered this case recently but completed this

motion ahead of quite a number of others because the case was otherwise pending for some time.

Dated:    March 27, 2020                            /s/    *Jesse S. Kaplan*
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff


                                                    McGREGOR W. SCOTT
                                                    United States Attorney
                                                    DEBORAH LEE STACHEL
                                                    Regional Counsel, Region IX
                                                    Social Security Administration


Dated:  March 27, 2020                                */s/ per e-mail authorization*
                                                    MARGARET LEHRKIND
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment is granted.  Plaintiff's motion for

summary judgment (ECF No. 16), filed March 27, 2020, is deemed timely.

SO ORDERED.

Dated:  March 30, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE