**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CHARLES MUHLENHAUPT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| CHARLES MUHLENHAUPT, | No.   2:19-cv-01502-EFB |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    It is hereby stipulated between the parties by their opposed counsel, the undersigned, that plaintiff may have until June 5, 2020, to file a reply brief in this matter.

    This is a first request, based on plaintiff's counsel having three or four other federal court briefs due between now and the end of May and also having an unusually large number of hearings in May, including five this week and at least three others in the last week of May.

Dated:    May 18, 2020                                         /s/    *Jesse S. Kaplan*
                                                                                 JESSE S. KAPLAN

[Pleading Title] - 1

Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  May 18, 2020                     */s/ per e-mail authorization*
                                         MARGARET LEHRKIND
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted.  Plaintiff time to file a reply brief is extended to June 5, 2020.

SO ORDERED.

Dated:  May 20, 2020.                    _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2